# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2838

_____

| | |
|---|---|
| Ralph Mercer, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the Western |
| | * District of Missouri. |
| Michael J. Astrue, | * |
| Commissioner of Social Security, | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: January 26, 2011
Filed: February 1, 2011 (Corrected 2/1/11)

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ralph Mercer appeals the district court's[1] order dismissing his 42 U.S.C. § 405(g) action. Upon careful consideration of the record and Mercer's arguments for reversal, see Boock v. Shalala, 48 F.3d 348, 351 n.2 (8th Cir. 1995) (standard of review), we conclude that the facts do not show a violation of Mercer's due process rights. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.